UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

DOCUMENT # 279

Arista Records Inc., et al.

Date: May 21, 2008

v.

U.S.C.A.# 08-1967-cv

Launch Media, Inc.

U.S.D.C.# 01-CV-4450

D.C. JUDGE: NAOMI REICE BUCHWALD

### INDEX TO THE RECORD ON APPEAL

Prepared by (Name)   Pablo Rolon
Firms Name:          Counsel Press LLC
Firms Address:       c/o Winston & Strawn LLP
                     520 Eighth Avenue, 8th Floor
                     New York, New York 10018
Firms Phone Number:  212-685-9800

**SEE ATTACHED LIST, ALL CIRCLED DOCUMENTS ARE INCLUDED.**

(xxx) Original Record                    ( ) Supplemental Record

The record in the above-entitled case was indexed to the U.S.C.A. for the Second Circuit on the 21st Day of May, 2008.

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | Date: <u>May 21, 2008</u> |
| Arista Records Inc., et al. | U.S.C.A.# <u>08-1967-cv</u> |
| v. | U.S.D.C.# <u>01-CV-4450</u> |
| Launch Media, Inc. | D.C. JUDGE: NAOMI REICE BUCHWALD |

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered <u>1</u> Through <u>278</u>, inclusive, constitutes the Original record on appeal in the above-entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| 03/15/2002 | Answer |
| 01/26/2004 | Notice |
| 02/18/2004 | Notice of Motion |
| 02/18/2004 | Declaration |
| 02/18/2004 | Declaration |
| 02/18/2004 | Memorandum of Law |
| 02/26/2004 | Declaration |
| 02/26/2004 | Memorandum of Law |
| 02/27/2004 | Reply Memorandum of Law |
| 02/27/2004 | Reply Affidavit |
| 03/24/2004 | Notice of Motion |
| 03/24/2004 | Declaration |
| 03/30/2004 | Protective Order |
| 03/31/2004 | Declaration |
| 03/31/2004 | Memorandum of Law |

| Date | Document |
|---|---|
| 04/01/2004 | Memorandum of Law |
| 04/01/2004 | Declaration |
| 04/02/2004 | Reply Memorandum of Law |
| 04/26/2004 | Transcript |
| 04/30/2004 | Transcript |
| 07/12/2004 | Transcript |
| 01/23/2006 | Order |
| 02/15/2006 | Order |
| 03/23/2006 | Motion |
| 03/23/2006 | Motion |
| 07/05/2006 | Motion |
| 07/05/2006 | Memorandum of Law |
| 07/05/2006 | Declaration |
| 07/20/2006 | Response |
| 10/10/2006 | Scheduling Order |
| 10/31/2006 | Objections to Plaintiff's Pretrial Disclosure of Rebuttal Witnesses |
| 11/16/2006 | Motion |
| 04/10/2007 | Memorandum of Law |
| 02/22/2008 | Notice of Case Reassignment |
| 05/16/2008 | Reply Memorandum of Law |

**In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 21st Day of May In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232nd year.**

**J. Michael McMahon**

By _____

**Deputy Clerk**

APPEAL, CLOSED

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:01-cv-04450-NRB**
**Internal Use Only**

Arista Records Inc., et al v. Launch Media, Inc.
Assigned to: Judge Naomi Reice Buchwald
Demand: $0
Cause: 17:101 Copyright Infringement

Date Filed: 05/24/2001
Date Terminated: 05/16/2007
Jury Demand: Defendant
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2001 | 1 | COMPLAINT filed. Summons issued and Notice pursuant to 28 U.S.C. 636(c). FILING FEE $ 150.00 RECEIPT # 407018. (db) (Entered: 05/25/2001) |
| 05/24/2001 | | CASE REFERRED TO Judge Jed S. Rakoff as possibly related to 1:00cv3951, 1:00cv6833 and 1:00cv6831. (db) (Entered: 05/25/2001) |
| 05/24/2001 | 2 | RULE 1.9 CERTIFICATE filed by Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Virgin Records, Inc., Sony Music, Inc., UMG Recordings Inc., Interscope Records, Motown Record Co., Zomba Recording. (db) (Entered: 05/25/2001) |
| 05/31/2001 | | Case referred as related to 00-cv-3951 and declined by Judge Jed S. Rakoff and returned to wheel for assignment. (db) (Entered: 06/01/2001) |
| 05/31/2001 | 3 | Notice of Case Assignment to Judge Allen G. Schwartz. Copy of notice and judge's rules mailed to Attorney(s) of record: Robert A. Goodman. (db) (Entered: 06/01/2001) |
| 05/31/2001 | | Magistrate Judge Ronald L. Ellis is so designated. (db) (Entered: 06/01/2001) |
| 06/04/2001 | 4 | INITIAL PRETRIAL CONFERENCE NOTICE: Counsel are directed to appear in courtroom 14C at 500 Pearl Street on 7/16/01 at 10:15 a.m. for a pretrial conference with the court for the purpose of discussing settlement, etc. ( signed by Judge Allen G. Schwartz ) (ae) (Entered: 06/05/2001) |
| 06/19/2001 | 5 | AFFIDAVIT OF SERVICE of Summons and Complaint as to Launch Media, Inc. c/o the Secretary of State of the State of New York by Carol Vogt on 5/31/01. Answer due on 6/20/01 for Launch Media, Inc. (tp) (Entered: 06/20/2001) |
| 07/06/2001 | 6 | Notice of Case Reassignment to Judge Richard Owen . Copy of notice and judge's rules mailed to Attorney(s) of record: Robert A. Goodman . (gmo) (Entered: 07/09/2001) |
| 07/06/2001 | 7 | NOTICE OF MOTION by Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Virgin Records, Inc., Sony Music, Inc., UMG Recordings Inc., Interscope Records, Motown Record Co., Zomba Recording for an order admitting Hadrian R. Katz to the bar of this Court pro hac vice on behalf of pltffs . Return date 7/16/01. Affidavit of Robert A. Goodman, and proposed order are attached. (sn) (Entered: 07/10/2001) |
| 07/11/2001 | 8 | jfld Report of the parties purs to FRCP 26(f) (cd) (Entered: 07/13/2001) |
| 07/13/2001 | 9 | ORDER; granting [7-1] motion for an order admitting Hadrian R. Katz to the bar of this Court pro hac vice on behalf of pltffs. ( signed by Judge Richard Owen); Copies mailed. (docmt forwarded to atty admissions clerk) (djc) (Entered: 07/13/2001) |
| 07/13/2001 | 10 | STIPULATION and ORDER, reset answer due for 7/20/01 for Launch Media, Inc . ( signed by Judge Richard Owen ) (sn) (Entered: 07/16/2001) |
| 07/26/2001 | 11 | NOTICE OF MOTION by Launch Media, Inc. for an order admitting Michael P.A. Cohen to the Bar of this Court pro hac vice on behalf of deft . Return date 8/17/01. Affidavits of Beth L. Kaufman, and Michael P.A. Cohen; and proposed order are attached. (sn) (Entered: 07/27/2001) |
| 07/31/2001 | 12 | Notice of Voluntary Dismissal pursuant to Rule 41(a)(1) of the F.R.C.P., without prejudice. ( signed by Judge Richard Owen ) (kg) (Entered: 07/31/2001) |
| 07/31/2001 | | Case closed. (kg) (Entered: 07/31/2001) |
| 07/31/2001 | 13 | STIPULATION and ORDER, reset answer to complaint due for 8/3/01 for Launch Media, Inc. . ( signed by Judge Richard Owen ) (ac) (Entered: 07/31/2001) |
| 07/31/2001 | | Case reopened. Case closed in error. (dcap) (Entered: 09/07/2001) |
| 08/03/2001 | 14 | NOTICE OF MOTION by Launch Media, Inc. for an order, purs. to FRCP 12(b)(1) and 28 U.S.C. 1404(a) to dismiss this action ; or, in the alternative, for an order, to transfer this case to the Northern District of California ; or for an order, to stay ; Return date 8/31/01. Memo in support attached. (sac) (Entered: 08/06/2001) |
| 08/03/2001 | 15 | RULE 1.9 CERTIFICATE filed by Launch Media, Inc. (djc) (Entered: 08/06/2001) |
| 08/06/2001 | 16 | Order admitting Michael P.A. Cohen, as attorney pro hac vice, purs. to Local Rule 1.3(c) of the U.S.D.C. for the S.D.N.Y. on behalf of Defendant. ( signed by Judge Richard Owen ) ; Copies mailed (ae) (Entered: 08/07/2001) |
| 08/27/2001 | 17 | NOTICE OF CROSS MOTION by Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Virgin Records, Inc., Sony Music, Inc., UMG Recordings Inc., Interscope Records, Motown Record Co., Zomba Recording; for an Order staying all further proceedings in the action entitled the Digital Media Association et al v. Recording Industry Association of America, case no. C-01 2129 (MEJ), pending in the Northern District of California . Return date 9/21/01. (kkc) (Entered: 08/29/2001) |
| 08/27/2001 | 18 | MEMORANDUM OF LAW by Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Virgin Records, Inc., Sony Music, Inc., UMG Recordings Inc., Interscope Records, Motown Record Co., Zomba Recording in opposition to [14-1] motion for an order, purs. to FRCP 12(b)(1) and 28 U.S.C. 1404(a) to dismiss this action, [14-2] motion for an order, to transfer this case to the Northern District of California, [14-3] motion for an order, to stay. (kkc) (Entered: 08/29/2001) |

| Date | Doc # | Description |
|---|---|---|
| 08/27/2001 | 19 | MEMORANDUM OF LAW by Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Virgin Records, Inc., Sony Music, Inc., UMG Recordings Inc., Interscope Records, Motown Record Co., Zomba Recording in opposition to [14-1] motion for an order, purs. to FRCP 12(b)(1) and 28 U.S.C. 1404(a) to dismiss this action, [14-2] motion for an order, to transfer this case to the Northern District of California, [14-3] motion for an order, to stay, and in support of plaintiffs' [17-1] cross-motion for injunctive relief. (kkc) (Entered: 08/29/2001) |
| 09/10/2001 | 20 | REPLY MEMORANDUM by Launch Media, Inc. in support of [14-1] motion for an order, purs. to FRCP 12(b)(1) and 28 U.S.C. 1404(a) to dismiss this action, [14-2] motion for an order, to transfer this case to the Northern District of California, [14-3] motion for an order, to stay; and in opposition to pltffs' cross-motion for injunctive relief. (sn) (Entered: 09/19/2001) |
| 09/10/2001 | 21 | DECLARATION of Robert D. Roback by Launch Media, Inc. in support Re: [14-1] motion for an order, purs. to FRCP 12(b)(1) and 28 U.S.C. 1404(a) to dismiss this action, [14-2] motion for an order, to transfer this case to the Northern District of California, [14-3] motion for an order, to stay. (sn) (Entered: 09/19/2001) |
| 09/25/2001 | 22 | REPLY MEMORANDUM by Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Virgin Records, Inc., Sony Music, Inc., Zomba Recording in support of: [17-1] cross motion for an Order staying all further proceedings in the action entitled the Digital Media Association et al v. Recording Industry Association of America, case no. C-01 2129 (MEJ), pending in the Northern District of California. (kkc) (Entered: 09/26/2001) |
| 01/04/2002 | | Transcript of record of proceedings before Judge Richard Owen on 11/2/01. (Original entry is docketed in 01 civ. 4450 as doc. #14). (kw) Modified on 01/08/2002 (Entered: 01/08/2002) |
| 01/25/2002 | 23 | Memorandum and ORDER; that defendants' motions to dismiss pursuant to F.R.C.P. 12(b)(1), or in the alternative to either transfer these cases to the Northern District of California pursuant to 28 U.S.C. section 1404(a) or stay the proceedings, in cases 01cv4450, 01cv5090 and 01cv5092, are denied ; denying [17-1] cross motion for an Order staying all further proceedings in the action entitled the Digital Media Association et al v. Recording Industry Association of America, case no. C-01 2129 (MEJ), pending the Northern District of California. ( signed by Judge Richard Owen ); Copies mailed. (pl) (Entered: 01/30/2002) |
| 02/15/2002 | 24 | NOTICE of attorney appearance for Launch Media, Inc. by Kenneth A. Plevan. (kw) (Entered: 02/19/2002) |
| 02/21/2002 | 25 | STIPULATION Of ADJOURNMENT; reset answer to complaint due for 2/19/02 for Launch Media, Inc. ( signed by Judge Richard Owen ) (jco) (Entered: 02/25/2002) |
| 03/01/2002 | 26 | STIPULATION and ORDER; that the time for deft Launch Media, Inc. to answer the complaint is extended to and including 3/15/02 . ( signed by Judge Richard Owen ) (jp) (Entered: 03/04/2002) |
| 03/15/2002 | 27 | ANSWER to Complaint by Launch Media, Inc. (Attorney Kenneth A. Plevan from the Firm: Skadden, Arps, Slate, Meagher & Flom, LLP); jury demand. (kkc) (Entered: 03/18/2002) |
| 05/20/2002 | 28 | NOTICE OF MOTION by Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Virgin Records, Inc., Sony Music, Inc., Zomba Recording for an order pursuant to FRCP 26 and 37 to compel Launch to respond fully to pltf's first set of requests for production of documents , to compel dft to produce responsive documents, including electronic email by 6/7/02 , awarding pltfs reasonable fees and costs incurred in bringing this motion, and authorizing pltfs' counsel Oppenheim and Garfield, to have access to confidential discovery materials pursuant to a proposed stipulated protective order . Return Date 6/7/02 at 2:30. Declaration of Robert A. Goodman in support attached with additional exhibits. (bai) (Entered: 05/22/2002) |
| 05/20/2002 | 29 | MEMORANDUM OF LAW by Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Virgin Records, Inc., Sony Music, Inc., Zomba Recording in support of [28-1] motion for an order pursuant to FRCP 26 and 37 to compel Launch to respond fully to pltf's first set of requests for production of documents, [28-2] motion to compel dft to produce responsive documents, including electronic email by 6/7/02, [28-3] motion awarding pltfs reasonable fees and costs incurred in bringing this motion, and authorizing pltfs' counsel Oppenheim and Garfield, to have access to confidential discovery materials pursuant to a proposed stipulated protective order . (bai) (Entered: 05/22/2002) |
| 05/20/2002 | 30 | DECLARATION of Dean Garfield by Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Virgin Records, Inc., Sony Music, Inc., UMG Recordings Inc., Interscope Records, Motown Record Co., Zomba Recording in support Re: [28-1] motion for an order pursuant to FRCP 26 and 37 to compel Launch to respond fully to pltf's first set of requests for production of documents, [28-2] motion to compel dft to produce responsive documents, including electronic email by 6/7/02, [28-3] motion awarding pltfs reasonable fees and costs incurred in bringing this motion, and authorizing pltfs' counsel Oppenheim and Garfield, to have access to confidential discovery materials pursuant to a proposed stipulated protective order . (bai) (Entered: 05/22/2002) |
| 05/20/2002 | 31 | DECLARATION of Matthew Oppenheim by Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Virgin Records, Inc., Sony Music, Inc., UMG Recordings Inc., Interscope Records, Motown Record Co., Zomba Recording in support Re: [28-1] motion for an order pursuant to FRCP 26 and 37 to compel Launch to respond fully to pltf's first set of requests for production of documents, [28-2] motion to compel dft to produce responsive documents, including electronic email by 6/7/02, [28-3] motion awarding pltfs reasonable fees and costs incurred in bringing this motion, and authorizing pltfs' counsel Oppenheim and Garfield, to have access to confidential discovery materials pursuant to a proposed stipulated protective order . (bai) (Entered: 05/22/2002) |
| 05/21/2002 | 32 | NOTICE OF MOTION by Launch Media, Inc. pursuant to Rules 26, 33, 34, and 37 of the FRCP, for an Order overruling certain objections asserted by Plaintiffs in response to Defendant's First Request for the Production of Documents, dated March 19, 2002, and Defendant's First Interrogatorires to Plaintiffs, dated March 19, 2002 . Return Date 6/7/02 at 2:30. (yv) (Entered: 05/24/2002) |
| 05/21/2002 | 33 | MEMORANDUM OF LAW by Launch Media, Inc. in support of [32-1] motion pursuant to Rules 26, 33, 34, and 37 of the FRCP, for an Order overruling certain objections asserted by Plaintiffs in response to Defendant's First Request for the Production of Documents, dated March 19, 2002, and Defendant's First Interrogatorires to Plaintiffs, dated March 19, 2002 . (yv) (Entered: 05/24/2002) |
| 05/21/2002 | 34 | DECLARATION of Kenneth A. Plevan by Launch Media, Inc. in support Re: [32-1] motion pursuant to Rules 26, 33, 34, and 37 of the FRCP, for an Order overruling certain objections asserted by Plaintiffs in response to Defendant's First Request for the Production of Documents, dated March 19, 2002, and Defendant's First Interrogatorires to Plaintiffs, dated March 19, 2002 . (yv) (Entered: 05/24/2002) |
| 05/28/2002 | 35 | NOTICE OF CROSS-MOTION by Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Virgin Records, Inc., Sony Music, Inc., Zomba Recording for an order pursuant to Rule 26 of the FRCP staying discovery on ownership of specific sound recordings . Declaration of Robert A. Goodman attached. Return Date 6/7/02 at 2:30. (db) (Entered: 05/31/2002) |
| 05/28/2002 | 36 | MEMORANDUM OF LAW by Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Virgin Records, Inc., Sony Music, Inc., Zomba Recording in opposition to [32-1] motion pursuant to Rules 26, 33, 34, and 37 of the FRCP, for an Order overruling certain objections asserted by Plaintiffs in response to Defendant's First Request for the Production of Documents, dated March 19, 2002, and Defendant's First Interrogatorires to Plaintiffs, dated March 19, 2002 . (db) (Entered: 05/31/2002) |

| Date | # | Description |
|---|---|---|
| 05/28/2002 | 37 | MEMORANDUM OF LAW by Launch Media, Inc. in opposition to [28-1] motion for an order pursuant to FRCP 26 and 37 to compel Launch to respond fully to pltf's first set of requests for production of documents, [28-2] motion to compel dft to produce responsive documents, including electronic email by 6/7/02. (db) (Entered: 05/31/2002) |
| 05/28/2002 | 38 | DECLARATION of Kenneth A. Plevan by Launch Media, Inc. in opposition Re: [28-1] motion for an order pursuant to FRCP 26 and 37 to compel Launch to respond fully to pltf's first set of requests for production of documents, [28-2] motion to compel dft to produce responsive documents, including electronic email by 6/7/02. (db) (Entered: 05/31/2002) |
| 05/31/2002 | 39 | REPLY MEMORANDUM by Launch Media, Inc. in support of [32-1] motion pursuant to Rules 26, 33, 34, and 37 of the FRCP, for an Order overruling certain objections asserted by Plaintiffs in response to Defendant's First Request for the Production of Documents, dated March 19, 2002, and Defendant's First Interrogatorires to Plaintiffs, dated March 19, 2002. (jco) (Entered: 06/05/2002) |
| 05/31/2002 | 40 | REPLY MEMORANDUM by Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Virgin Records, Inc., Sony Music, Inc., Zomba Recording re: [28-1] motion for an order pursuant to FRCP 26 and 37 to compel Launch to respond fully to pltf's first set of requests for production of documents, [28-2] motion to compel dft to produce responsive documents, including electronic email by 6/7/02. (jco) (Entered: 06/05/2002) |
| 05/31/2002 | 41 | DECLARATION of William Patry by Launch Media, Inc. in support Re: [32-1] motion pursuant to Rules 26, 33, 34, and 37 of the FRCP, for an Order overruling certain objections asserted by Plaintiffs in response to Defendant's First Request for the Production of Documents, dated March 19, 2002, and Defendant's First Interrogatorires to Plaintiffs, dated March 19, 2002. (jco) (Entered: 06/05/2002) |
| 06/05/2002 | 43 | MEMORANDUM OF LAW by Launch Media, Inc. in opposition to pltffs' motion for protective order. (sac) (Entered: 06/14/2002) |
| 06/05/2002 | 44 | DECLARATION of William Patry by Launch Media, Inc. in opposition Re: [35-1] cross motion for an order pursuant to Rule 26 of the FRCP staying discovery on ownership of specific sound recordings. (sac) (Entered: 06/14/2002) |
| 06/05/2002 | 45 | DECLARATION of Kenneth A. Plevan by Launch Media, Inc. in opposition to pltffs' motion to bifurcate discovery. (sac) (Entered: 06/14/2002) |
| 06/06/2002 | 42 | REPLY MEMORANDUM by Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Virgin Records, Inc., Sony Music, Inc., Zomba Recording with respect to their Cross-Motion for Protective Order. (jco) (Entered: 06/13/2002) |
| 06/14/2002 | 46 | NOTICE OF MOTION by Launch Media, Inc. pursuant to Rules 26,34 and 37 of the FRCP, for an Order ordering plaintiffs to produce unredacted documents in response to Launch's document requests. Return Date 6/28/02 at 2:30. (yv) (Entered: 06/19/2002) |
| 06/14/2002 | 47 | MEMORANDUM OF LAW by Launch Media, Inc. in support of [46-1] motion pursuant to Rules 26,34 and 37 of the FRCP, for an Order ordering plaintiffs to produce unredacted documents in response to Launch's document requests. (yv) (Entered: 06/19/2002) |
| 06/14/2002 | 48 | DECLARATION of Paul M. Fakler by Launch Media, Inc. in support Re: [46-1] motion pursuant to Rules 26,34 and 37 of the FRCP, for an Order ordering plaintiffs to produce unredacted documents in response to Launch's document requests. (yv) (Entered: 06/19/2002) |
| 06/26/2002 | 49 | MEMORANDUM OF LAW by Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Virgin Records, Inc., Sony Music, Inc., UMG Recordings Inc., Interscope Records, Motown Record Co., Zomba Recording in opposition to [46-1] motion pursuant to Rules 26,34 and 37 of the FRCP, for an Order ordering plaintiffs to produce unredacted documents in response to Launch's document requests. (yv) (Entered: 07/03/2002) |
| 06/26/2002 | 50 | DECLARATION of Robert A. Goodman by Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Virgin Records, Inc., Sony Music, Inc., UMG Recordings Inc., Interscope Records, Motown Record Co., Zomba Recording in opposition Re: [46-1] motion pursuant to Rules 26,34 and 37 of the FRCP, for an Order ordering plaintiffs to produce unredacted documents in response to Launch's document requests. (yv) (Entered: 07/03/2002) |
| 07/03/2002 | 51 | REPLY MEMORANDUM by Launch Media, Inc. in support re: [46-1] motion pursuant to Rules 26,34 and 37 of the FRCP, for an Order ordering plaintiffs to produce unredacted documents in response to Launch's document requests. (sac) (Entered: 07/11/2002) |
| 07/03/2002 | 52 | REPLY DECLARATION of Paul M. Fakler by Launch Media, Inc. in support re: [46-1] motion pursuant to Rules 26,34 and 37 of the FRCP, for an Order ordering plaintiffs to produce unredacted documents in response to Launch's document requests. (sac) (Entered: 07/11/2002) |
| 09/25/2002 | 53 | NOTICE OF MOTION by Launch Media, Inc. for an order, ordering the Recording Industry Association of America, Inc. to produce documents in response to the subpoena Launch served on RIAA. Return Date 10/18/02 at 2:30. Declaration of Paul M. Fakler attached. (sb) (Entered: 10/02/2002) |
| 09/25/2002 | 54 | MEMORANDUM OF LAW by Launch Media, Inc. in support of [53-1] motion for an order, ordering the Recording Industry Association of America, Inc. to produce documents in response to the subpoena Launch served on RIAA. (sb) (Entered: 10/02/2002) |
| 10/04/2002 | 55 | Memo-Endorsement on letter addressed to Judge Owen from Kenneth A. Plevan, dated 10/2/02: The Court grants the within proposed withdrawal. Withdrawing without prejudice [53-1] motion for an order, ordering the Recording Industry Association of America, Inc. to produce documents in response to the subpoena Launch served on RIAA. ( signed by Judge Richard Owen ). (tp) Modified on 10/09/2002 (Entered: 10/09/2002) |
| 10/15/2002 | 56 | ORDER, defendant's motion to compel dated 9/25/02 shall be deemed withdrawn without prejudice. ( signed by Judge Richard Owen ); (kw) Modified on 10/18/2002 (Entered: 10/17/2002) |
| 11/04/2002 | 57 | MEMORANDUM AND ORDER, regarding issues concerning the motions to compel production of documents and other pretrial disclosure issues as further described herein. Accordingly the court declines, at this stage, on this record, to order the turnover of any of the five categories of documents except to the extent that the defendant has acknowledged at the hearing that there has already been a turn over as further set forth. ( signed by Judge Richard Owen ). (tp) (Entered: 11/07/2002) |
| 11/08/2002 | | Terminated documents 28-1,28-2,28-3,32-1,35-1,46-1 pursuant to instructions of Judge Owen as indicated on the CJRA report. (rag) (Entered: 11/08/2002) |
| 12/03/2002 | 58 | Transcript of record of proceedings before Judge Richard Owen for the date(s) of 10/18/02. (pl) (Entered: 12/03/2002) |
| 12/27/2002 | 59 | NOTICE of attorney appearance for Launch Media, Inc. by Geoffrey S. Stewart. (tp) (Entered: 01/06/2003) |
| 01/24/2003 | 61 | NOTICE OF MOTION by Launch Media, Inc. for Peter J. Wang to appear pro hac vice on behalf of defendant. Return Date 2/21/03 at 2:30 p.m. Affidavit of Geoffrey S. Stewart, Proposed Order, and Exhibits A and B are attached. (tp) (Entered: 01/30/2003) |
| 01/28/2003 | 60 | ORDER, for Peter J. Wang to appear pro hac vice for deft Launch Media, Inc. ( signed by Judge Richard Owen ); forwarded orig. doc. to the Atty Admissions Clerk (cd) (Entered: 01/30/2003) |

| Date | # | Description |
|---|---|---|
| 02/20/2003 | 62 | STIPULATION AND ORDER of dismissal of the action with prejudice as to the claims of the settling plntf, Sony Music Entertainment Inc. purs to FRCP 41. ( signed by Judge Richard Owen ) (cd) Modified on 06/24/2003 (Entered: 02/24/2003) |
| 02/20/2003 | | Case closed. (ae) (Entered: 03/18/2003) |
| 02/20/2003 | | Case reopened. Closed out in error. (ae) (Entered: 06/24/2003) |
| 06/27/2003 | 63 | DECLARATION of David W. Hansen by Launch Media, Inc. in support Entry of a Protective Order, dated 6/26/03. (sac) (Entered: 07/01/2003) |
| 06/30/2003 | 64 | NOTICE OF MOTION by Launch Media, Inc. for an order, purs. to Rule 26 of the FRCP, for entry of a protective order . Return Date 7/18/03 at 2:30. Proposed order attached. (sb) (Entered: 07/02/2003) |
| 06/30/2003 | 65 | MEMORANDUM OF LAW by Launch Media, Inc. in support of [64-1] motion for an order, purs. to Rule 26 of the FRCP, for entry of a protective order. (sb) (Entered: 07/02/2003) |
| 06/30/2003 | 66 | DECLARATION of Reginald D. Davis by Launch Media, Inc. in support of [64-1] motion for an order, purs. to Rule 26 of the FRCP, for entry of a protective order. (sb) (Entered: 07/02/2003) |
| 06/30/2003 | 67 | DECLARATION of David W. Hansen by Launch Media, Inc. in support of [64-1] motion for an order, purs. to Rule 26 of the FRCP, for entry of a protective order. (sb) (Entered: 07/02/2003) |
| 06/30/2003 | 68 | DECLARATION of Geoffrey S. Stewart by Launch Media, Inc. in support of [64-1] motion for an order, purs. to Rule 26 of the FRCP, for entry of a protective order. (sb) (Entered: 07/02/2003) |
| 09/15/2003 | 69 | CASE SCHEDULING ORDER: that all fact discovery cutoff 1/30/04; deadline for filing of dispositive motions 3/15/04 ; additional discovery deadlines are as set forth in this Order. ( signed by Judge Richard Owen ); (pl) (Entered: 09/16/2003) |
| 09/30/2003 | 70 | STIPULATED PROTECTIVE ORDER CONCERNING SOURCE CODE, regarding procedures to be followed that shall govern the handling of confidential materials . ( signed by Judge Richard Owen ) (tp) (Entered: 10/02/2003) |
| 11/10/2003 | 71 | STIPULATION PROTECTIVE ORDER; regarding procedures to be followed that shall govern the handling of "confidential materials" . ( signed by Judge Richard Owen ) (jco) (Entered: 11/12/2003) |
| 11/10/2003 | 72 | Transcript of record of proceedings before Judge Richard Owen for the date(s) of 9/12/03. (df) (Entered: 11/18/2003) |
| 11/19/2003 | 73 | SEALED DOCUMENT placed in vault. (kre) (Entered: 11/19/2003) |
| 11/19/2003 | 74 | SEALED DOCUMENT placed in vault. (kre) (Entered: 11/19/2003) |
| 11/19/2003 | 75 | SEALED DOCUMENT placed in vault. (kre) (Entered: 11/19/2003) |
| 12/08/2003 | 76 | ORDER; regarding procedures to be followed that shall govern the handling of Launch Media's motion to compel. (Signed by Judge Richard Owen on 12/8/2003) (Pecorino, Joseph) (Entered: 12/19/2003) |
| 12/08/2003 | | Set Deadlines/Hearings: Replies due by 12/12/2003. Responses due by 12/5/2003 (Pecorino, Joseph) (Entered: 12/19/2003) |
| 12/23/2003 | 77 | STIPULATION AND ORDER OF PARTIAL DISCONTINUANCE as two Plaintiffs' Capitol Records Inc. and Virgin Records America, Inc. and Defendant Launch Media, Inc., that pursuant to said parties' settlement agreement, the Complaint in this action is dismissed without prejudice as to the claims of the Settling Plaintiffs pursuant to Rule 41 of the Federal Rules of Civil Procedure. (Signed by Judge Richard Owen on 12/23/03) (sac, ) (Entered: 01/07/2004) |
| 01/22/2004 | 78 | MOTION for James F. Brelsford to Appear Pro Hac Vice with Attached Affdvt of Geofrfrey S. Stewart in Support. (NDB) Document filed by Launch Media, Inc.. Return Date set for 2/27/2004 02:30 PM before Judge Richard Owen. (pa, ) (Entered: 01/28/2004) |
| 01/26/2004 | 79 | NOTICE of Change of Address and Name of Firm by Tracy V. Bergmann, Geoffrey S. Stewart on behalf of Launch Media, Inc. New Firm Address and Name: Jones Day, 222 East 41st Street, New York, New York, 10017-6702. (jco, ) (Entered: 02/02/2004) |
| 01/26/2004 | 81 | MOTION for Protective Order, pursuant to Rule 26(c), prohibiting the deposition of Yahoo! Inc.'s CEO, Terry Semel, sought by plaintiffs Arista Records, Inc., Bad Boy Records, BMG Music and Zomba Recording Corporation. Document filed by Launch Media, Inc.. Return Date set for 3/5/2004 02:30 PM before Judge Richard Owen. Received in the night deposit box on 1/26/04 at 6:56 P.M.(sac, ) (Entered: 02/02/2004) |
| 01/26/2004 | 82 | DECLARATION of Geoffrey S. Stewart in Support re: 81 MOTION for Protective Order. Document filed by Launch Media, Inc. Received in the night deposit box on 1/26/04 at 6:57 P.M. (sac, ) (Entered: 02/02/2004) |
| 01/29/2004 | 83 | ORDER granting 78 Motion for James F. Brelsford to Appear Pro Hac Vice . (Signed by Judge Richard Owen on 1/27/04) (sb, ) (Entered: 02/06/2004) |
| 01/29/2004 | | Transmission to Attorney Admissions Clerk. Transmitted re: 83 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (sb, ) (Entered: 02/06/2004) |
| 02/02/2004 | 80 | TRANSCRIPT of proceedings held on 12/12/03 before Judge Richard Owen.(rg, ) (Entered: 02/02/2004) |
| 02/09/2004 | 85 | DECLARATION of Robert A. Goodman in Opposition re: 81 MOTION for Protective Order.. Document filed by Arista Records Inc., BMG Music, Bad Boy Records, Capitol Records, Inc., Virgin Records America, Inc., Zomba Recording Corporation. (dle, ) (Entered: 02/11/2004) |
| 02/09/2004 | 86 | MEMORANDUM OF LAW in Opposition re: 81 MOTION for Protective Order.. Document filed by Arista Records Inc., BMG Music, Bad Boy Records, Capitol Records, Inc., Virgin Records America, Inc., Zomba Recording Corporation. (dle, ) (Entered: 02/11/2004) |
| 02/11/2004 | 87 | REPLY MEMORANDUM OF LAW in Support re: 64 Motion for Protective Order. Document filed by Launch Media, Inc. (kw, ) (Entered: 02/17/2004) |
| 02/11/2004 | 88 | Reply DECLARATION of Geoffrey S. Stewart in Support re: 64 Motion for Protective Order. Document filed by Launch Media, Inc. (kw, ) (Entered: 02/17/2004) |
| 02/18/2004 | 89 | NOTICE OF MOTION to determine sufficiency of pltffs answers and objections to requests for admission (NDB). Document filed by Launch Media, Inc.. Return Date set for 3/5/2004 02:30 PM before Judge Richard Owen. (pa, ) (Entered: 02/19/2004) |
| 02/18/2004 | 90 | DECLARATION of Geoffrey S. Stewart to certifying defts good faith attempts to rresolve this dispute without court intervention.. (NDB) Document filed by Launch Media, Inc.. (pa, ) Modified on 2/19/2004 (pa, ). (Entered: 02/19/2004) |
| 02/18/2004 | 91 | DECLARATION of Geoffrey S. Stewart in Support re: 89 MOTION to determine sufficiency of pltffs answers and objections to requests for admission.. Document filed by Launch Media, Inc.. (pa, ) (Entered: 02/19/2004) |

| Date | No. | Description |
|---|---|---|
| 02/18/2004 | 92 | MEMORANDUM OF LAW in Support re: 89 MOTION to determine sufficiency of pltffs answers and objections to requests for admission.. (NDB) Document filed by Launch Media, Inc.. (pa, ) (Entered: 02/19/2004) |
| 02/26/2004 | 93 | DECLARATION of Robert Goodman in Opposition re: 89 MOTION to determine sufficiency of pltffs answers and objections to requests for admission.(nite dep. box). Document filed by Arista Records Inc., BMG Music, Bad Boy Records, Capitol Records, Inc., Virgin Records America, Inc., Zomba Recording Corporation. (pa, ) (Entered: 02/27/2004) |
| 02/26/2004 | 94 | MEMORANDUM OF LAW in Opposition re: 89 MOTION to determine sufficiency of pltffs answers and objections to requests for admission (nite dep. box).. Document filed by Arista Records Inc., BMG Music, Bad Boy Records, Capitol Records, Inc., Virgin Records America, Inc., Zomba Recording Corporation. (pa, ) (Entered: 02/27/2004) |
| 02/27/2004 | 95 | REPLY MEMORANDUM OF LAW in Support re: 89 MOTION to determine sufficiency of pltffs answers and objections to requests for admission. Document filed by Launch Media, Inc. (cd, ) (Entered: 03/02/2004) |
| 02/27/2004 | 96 | REPLY AFFIDAVIT of Geoffey Stewart in Support re: 89 MOTION to determine sufficiency of pltffs answers and objections to requests for admission. Document filed by Launch Media, Inc. (cd, ) (Entered: 03/02/2004) |
| 03/16/2004 | 108 | DECLARATION of Robert Goodman in Support of pltffs motion for part. summ. judgt on the issue of whether defts webcasting service was interactive within the meaning of 17 USC 114 (nite dep. box). Document filed by Arista Records Inc., BMG Music, Bad Boy Records, Capitol Records, Inc., Virgin Records America, Inc., Zomba Recording Corporation. (pa, ) (Entered: 03/19/2004) |
| 03/16/2004 | 109 | DECLARATION of Laura Lombardo in Support of pltffs motion for summ. judgt. (nite dep.box). Document filed by Arista Records Inc., BMG Music, Bad Boy Records, Capitol Records, Inc., Virgin Records America, Inc., Zomba Recording Corporation. (pa, ) (Entered: 03/19/2004) |
| 03/17/2004 | 110 | DECLARATION of Laura Lombardo based on personal knowledge and would be competent to testify as to the truth of the matters. & in support of pltffs motion for summ. judgt. (nite dep. box). Document filed by Arista Records Inc., BMG Music, Bad Boy Records, Capitol Records, Inc., Virgin Records America, Inc., Zomba Recording Corporation. (pa, ) (Entered: 03/19/2004) |
| 03/24/2004 | 113 | NOTICE OF MOTION to Compel discovery from pltffs and from the Recording Ind. Association of America. (nite dep. box). Document filed by Launch Media, Inc.. Return Date set for 4/9/2004 02:30 PM before Judge Richard Owen. (pa, ) (Entered: 03/25/2004) |
| 03/24/2004 | 114 | DECLARATION of Daniel H. Bromberg in Support re: 113 MOTION to Compel..(nite dep. box) Document filed by Launch Media, Inc.. (pa, ) (Entered: 03/25/2004) |
| 03/30/2004 | 115 | STIPULATION AND ORDER. Launch Media, Inc.'s papers in opposition to plaintiffs' 2 motions for partial summary judgment, dated 3/15/04, shall be served no later than 4/30/04; plaintiffs' reply papers shall be served no later than 6/1/04; (Signed by Judge Richard Owen on 3/23/04) (yv, ) (Entered: 04/01/2004) |
| 03/30/2004 | 118 | PROTECTIVE ORDER PROHIBITING DEPOSITION OF TERRY SEMEL; granting 64 Motion for Protective Order . (Signed by Judge Richard Owen on 3/29/04) (pl, ) (Entered: 04/01/2004) |
| 03/31/2004 | 116 | DECLARATION of Robert Goodman in Support.of pltffs opposition to motion of deft to compel discovery. (nite dep. box) Document filed by Arista Records Inc., BMG Music, Bad Boy Records, Capitol Records, Inc., Virgin Records America, Inc., Zomba Recording Corporation. (pa, ) (Entered: 04/01/2004) |
| 03/31/2004 | 117 | MEMORANDUM OF LAW in Opposition re: 113 MOTION to Compel..(nite dep. box) Document filed by Arista Records Inc., BMG Music, Bad Boy Records, Capitol Records, Inc., Virgin Records America, Inc., Zomba Recording Corporation. (pa, ) (Entered: 04/01/2004) |
| 04/01/2004 | 120 | MEMORANDUM OF LAW third party respondent recording Industry Assoc. of America in Opposition re: 113 MOTION to Compel.. (djc, ) (Entered: 04/02/2004) |
| 04/01/2004 | 121 | DECLARATION of Paul C. Rauser in Opposition re: 113 MOTION to Compel.. (djc, ) (Entered: 04/02/2004) |
| 04/02/2004 | 122 | NOTICE OF MOTION for Paul C. Rauser to Appear Pro Hac Vice.(nite dep. box) Document filed by Arista Records Inc., BMG Music, Bad Boy Records, Capitol Records, Inc., Virgin Records America, Inc., Zomba Recording Corporation. Return Date set for 4/9/2004 02:30 PM before Judge Richard Owen. (pa, ) (Entered: 04/05/2004) |
| 04/02/2004 | 123 | NOTICE OF MOTION for Brad R. Newberg to Appear Pro Hac Vice.(nite dep. box) Document filed by Arista Records Inc., BMG Music, Bad Boy Records, Capitol Records, Inc., Virgin Records America, Inc., Zomba Recording Corporation. Return Date set for 4/9/2004 02:30 PM before Judge Richard Owen. (pa, ) (Entered: 04/05/2004) |
| 04/02/2004 | 124 | REPLY MEMORANDUM OF LAW in Support re: 113 MOTION to Compel. Document filed by Launch Media, Inc. (db, ) (Entered: 04/05/2004) |
| 04/06/2004 | 125 | ORDER granting 123 Motion for Brad R. Newberg to Appear Pro Hac Vice . (Signed by Judge Richard Owen on 4/5/04) (yv, ) (Entered: 04/07/2004) |
| 04/06/2004 | 126 | ORDER granting 122 Motion for Paul C. Rauser to Appear Pro Hac Vice . (Signed by Judge Richard Owen on 04/05/04) (djc, ) (Entered: 04/07/2004) |
| 04/06/2004 |  | Transmission to Attorney Admissions Clerk. Transmitted re: 126 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (djc, ) (Entered: 04/07/2004) |
| 04/26/2004 | 127 | TRANSCRIPT of proceedings held on 3/5/2004 before Judge Richard Owen.(jmi, ) (Entered: 04/26/2004) |
| 04/30/2004 | 128 | TRANSCRIPT of proceedings held on 4/9/04 before Judge Richard Owen.(dfe, ) (Entered: 04/30/2004) |
| 06/18/2004 | 140 | Newberg Declaration; Exhibits 1-13 and 14-25. (djc, ) (Entered: 06/21/2004) |
| 07/01/2004 | 141 | DECLARATION of Robert Goodman in Support re: Motion for partial summary judgment, dated 3/15/04. Document filed by Launch Media, Inc. (cd, ) (Entered: 07/07/2004) |
| 07/09/2004 | 142 | DECLARATION of Geoffrey S. Stewart. Document filed by Launch Media, Inc.. (jmi, ) (Entered: 07/12/2004) |
| 07/12/2004 | 143 | TRANSCRIPT of proceedings held on 6/18/04 @3:30 pm before Judge Richard Owen.(mbe, ) (Entered: 07/12/2004) |
| 11/03/2005 | 144 | MEMORANDUM AND ORDER; there are genuine issues of material fact with respect to (1) where the line is for "interactivity" and (2) assuming it was crossed, whether Launch willfully infringed on the plaintiff's rights under the Copyright Act. Accordingly, the motions for summary judgment are DENIED. (Signed by Judge Richard Owen on 11/2/05) (kco, ) (Entered: 11/04/2005) |

| Date | No. | Description |
|---|---|---|
| 12/09/2005 | 145 | CASE SCHEDULING ORDER: motions in limine due by 2/2/2006, hearing on motions in limine 3/3/2006. Pre-trial motion due by 4/27/2006, hearing on pre-trial motions 5/26/2006. Submissions of pre-trial memorandum one week before trial. (Signed by Judge Richard Owen on 12/9/05) (kco, ) (Entered: 12/12/2005) |
| 12/20/2005 | 146 | NOTICE OF CHANGE OF ADDRESS by Geoffrey St. Andrew Stewart on behalf of Launch Media, Inc. New Address: 222 East 41st Street, New York, NY, 10017-6702, (212) 326-3939. (jco, ) (Entered: 12/23/2005) |
| 12/28/2005 | 147 | MOTION for Carmen M. Guerricagoitia to Appear Pro Hac Vice for deft. Document filed by Launch Media, Inc. (cd, ) (Entered: 12/28/2005) |
| 01/23/2006 | 148 | ORDER granting 147 Motion for Carmen M. Guerricagotia to Appear Pro Hac Vice . (Signed by Judge Richard Owen on 1/20/2006) (jmi, ) (Entered: 01/24/2006) |
| 01/30/2006 | | CASHIERS OFFICE REMARK on 148 Order on Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 1/30/2006, Receipt Number 568701. (jd, ) (Entered: 01/30/2006) |
| 02/02/2006 | 153 | MOTION in limine no.3 for an order to exclude the expert opinion, testimony and report of Barry M. Massarsky ed by Launch Media, Inc.. Return Date set for 3/3/2006 02:30 PM. (dle, ) (Entered: 02/02/2006) |
| 02/02/2006 | 154 | MOTION in limine #2 for an order excluding evidence and arguments that support a claim that statutory damages should be assessed by any means other than per CD. Document filed by Launch Media, Inc.. Return Date set for 3/3/2006 02:30 PM. (dle, ) (Entered: 02/02/2006) |
| 02/02/2006 | 155 | MOTION in Limine #1 for an order to exclude evidence and arguments related to infringement of specified works. Document filed by Launch Media, Inc.. Return Date set for 3/3/2006 02:30 PM. (dle, ) (Entered: 02/02/2006) |
| 02/02/2006 | 156 | MOTION in Limine no.4 for an order to preclude evidence and arguments contrary to public statements and evidence in the record related to interactivity. Document filed by Launch Media, Inc.. Return Date set for 3/3/2006 02:30 PM. (dle, ) (Entered: 02/02/2006) |
| 02/06/2006 | 157 | DECLARATION of Hadrian R. Katz. Document filed by Zomba Recording Corporation, Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Inc., Virgin Records America, Inc.. (djc, ) (Entered: 02/06/2006) |
| 02/06/2006 | 158 | MEMORANDUM OF LAW in Support of Motion in Limine to Exclude from Trial the Proposed Defense Expert Testimony of Brian Schmidt, Dan Burk, and Irving Azoff. Document filed by Zomba Recording Corporation, Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Inc., Virgin Records America, Inc.. (djc, ) (Entered: 02/06/2006) |
| 02/07/2006 | 165 | MOTION for Thomas F. Cullen, Jr. to Appear Pro Hac Vice. Attached is Affidavit of Thomas E. Albright. Document filed by Launch Media, Inc.. (djc, ) (Entered: 02/08/2006) |
| 02/14/2006 | 166 | MOTION for Tharan G. Lanier, Esq to Appear Pro Hac Vice. Document filed by Launch Media, Inc.; Attached is Affidavit of Thomas E. Albright. (djc, ) (Entered: 02/15/2006) |
| 02/14/2006 | 167 | MOTION for Jane L. Froyd to Appear Pro Hac Vice. Attached is Affidavit of Thomas E. Albright. Document filed by Launch Media, Inc.. (djc, ) (Entered: 02/15/2006) |
| 02/15/2006 | 168 | ORDER granting 165 Motion for Thomas F. Cullen to Appear Pro Hac Vice . (Signed by Judge Richard Owen on 2/15/06) (jco, ) (Entered: 02/17/2006) |
| 02/15/2006 | | Transmission to Attorney Admissions Clerk. Transmitted re: 168 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (jco, ) (Entered: 02/17/2006) |
| 02/22/2006 | | CASHIERS OFFICE REMARK on 168 Order on Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 2/15/2006, Receipt Number 570218. (jd, ) (Entered: 02/22/2006) |
| 02/24/2006 | | MEMO ENDORSEMENT granting 166 Motion for Tharan G. Lanier to Appear Pro Hac Vice . (Signed by Judge Richard Owen on 2/23/06) (kco, ) (Entered: 02/24/2006) |
| 02/24/2006 | | MEMO ENDORSEMENT granting 167 Motion for Jane L. Froyd to Appear Pro Hac Vice . (Signed by Judge Richard Owen on 2/23/06) (kco, ) (Entered: 02/24/2006) |
| 02/24/2006 | 169 | NOTICE OF WITHDRAWL; effective 1/31/2006 James F. Brelsford resigned from Jones Day, counsel for defendant in this matter and effective 3/25/2005 Daniel H. Bromberg resigned from Jones Day, they are directed to be removed from the docket. (Signed by Judge Richard Owen on 2/24/06) (kco, ) (Entered: 02/24/2006) |
| 02/27/2006 | 183 | DEFEDNANT LAUNCH MEDIA. INC.'S NOTICE of Opposition to Plaintiffs' re: 156 MOTION in Limine.. Document filed by Launch Media, Inc.. (jmi, ) (Entered: 02/28/2006) |
| 02/27/2006 | 184 | DEFENDANT LAUNCH MEDIA, INC.'S NOTICE of of Opposition to Plaintiffs' re: 153 MOTION in Limine.. Document filed by Launch Media, Inc.. (jmi, ) (Entered: 02/28/2006) |
| 02/27/2006 | 185 | DEFENDANT LAUNCH MEDIA, INC.'S NOTICE of Opposition to Plaintiffs' re: 154 MOTION in Limine., 155 MOTION in Limine.. Document filed by Launch Media, Inc.. (jmi, ) (Entered: 02/28/2006) |
| 03/09/2006 | 192 | REPLY MEMORANDUM OF LAW in Support re: 155 MOTION in Limine. Document filed by Launch Media, Inc. (db, ) (Entered: 03/10/2006) |
| 03/09/2006 | 193 | REPLY MEMORANDUM OF LAW in Support re: 154 MOTION in Limine. Document filed by Launch Media, Inc. (db, ) (Entered: 03/10/2006) |
| 03/09/2006 | 194 | REPLY MEMORANDUM OF LAW in Support re: 153 MOTION in Limine. Document filed by Launch Media, Inc. (db, ) (Entered: 03/10/2006) |
| 03/09/2006 | 195 | REPLY MEMORANDUM OF LAW in Support re: 156 MOTION in Limine. Document filed by Launch Media, Inc. (db, ) (Entered: 03/10/2006) |
| 03/15/2006 | | CASHIERS OFFICE REMARK on Order on Motion to Appear Pro Hac Vice, Order on Motion to Appear Pro Hac Vice in the amount of $50.00, paid on 3/14/2006, Receipt Number 572632. (jd, ) (Entered: 03/15/2006) |
| 03/23/2006 | 196 | MOTION for Quratulann Khalid Hussain to Appear Pro Hac Vice. Document filed by Arista Records Inc. (cd, ) (Entered: 03/24/2006) |
| 03/23/2006 | 197 | MOTION for Kim L. Rappaport to Appear Pro Hac Vice. Document filed by Arista Records Inc et al.. (cd, ) (Entered: 03/24/2006) |
| 03/23/2006 | 198 | MOTION for Danielle M. Edwards to Appear Pro Hac Vice. Document filed by Arista Records Inc. et al. (cd, ) (Entered: 03/24/2006) |

| Date | No. | Description |
|---|---|---|
| 03/23/2006 | 199 | MOTION for Sarah M. Brackney to Appear Pro Hac Vice. Document filed by Arista Records Inc. et al. (cd, ) (Entered: 03/24/2006) |
| 05/16/2006 | 200 | SCHEDULING ORDER: Motions due by 6/15/2006. All other deadlines are set forth. (Signed by Judge Richard Owen on 5/15/06) (kco, ) (Entered: 05/17/2006) |
| 05/16/2006 | 201 | ORDER granting 199 Motion for Sarah M. Brackney to Appear Pro Hac Vice . (Signed by Judge Richard Owen on 5/15/06) (dle, ) (Entered: 05/17/2006) |
| 05/16/2006 | | Transmission to Attorney Admissions Clerk. Transmitted re: 201 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (dle, ) (Entered: 05/17/2006) |
| 05/16/2006 | 202 | ORDER granting 197 Motion for Kim Rappaport to Appear Pro Hac Vice. . (Signed by Judge Richard Owen on 5/16/06) (dle, ) (Entered: 05/17/2006) |
| 05/16/2006 | | Transmission to Attorney Admissions Clerk. Transmitted re: 202 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (dle, ) (Entered: 05/17/2006) |
| 05/16/2006 | 203 | ORDER granting 198 Motion for Danielle M. Edwards to Appear Pro Hac Vice . (Signed by Judge Richard Owen on 5/15/06) (jco, ) (Entered: 05/17/2006) |
| 05/16/2006 | 204 | ORDER granting 196 Motion for Quratulann Khalid Hussain to Appear Pro Hac Vice . (Signed by Judge Richard Owen on 5/15/06) (jco, ) (Entered: 05/17/2006) |
| 05/16/2006 | | Transmission to Attorney Admissions Clerk. Transmitted re: 204 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (jco, ) (Entered: 05/17/2006) |
| 05/16/2006 | | Transmission to Attorney Admissions Clerk. Transmitted re: 203 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (jco, ) (Entered: 05/17/2006) |
| 06/28/2006 | 205 | TRANSCRIPT of proceedings held on 6/15/2006 before Judge Richard Owen. (aba, ) (Entered: 06/28/2006) |
| 07/05/2006 | 206 | MOTION Appointment of a Master to Report upon Issues relating to the Computation of Damages. Document filed by Launch Media, Inc. Return Date set for 8/4/2006 02:30 PM. (jco, ) (Entered: 07/06/2006) |
| 07/05/2006 | 207 | MEMORANDUM OF LAW in Support re: 206 MOTION Appointment of a Master to Report upon Issues relating to the Computation of Damages. Document filed by Launch Media, Inc. (jco, ) (Entered: 07/06/2006) |
| 07/05/2006 | 208 | DECLARATION of Geoffrey S. Stewart in Support re: 206 MOTION Appointment of a Master to Report upon Issues relating to the Computation of Damages. (jco, ) (Entered: 07/06/2006) |
| 07/06/2006 | | CASHIERS OFFICE REMARK on 202 Order on Motion to Appear Pro Hac Vice, 201 Order on Motion to Appear Pro Hac Vice, 203 Order on Motion to Appear Pro Hac Vice, 204 Order on Motion to Appear Pro Hac Vice in the amount of $100.00, paid on 06/26/2006, Receipt Number 583291. (jd, ) (Entered: 07/06/2006) |
| 07/11/2006 | 211 | MOTION for Donald B. Ayer to Appear Pro Hac Vice. Document filed by Launch Media, Inc. (cd, ) (Entered: 07/12/2006) |
| 07/11/2006 | 212 | MEMORANDUM OF LAW in Support of its Proposed Jury Instructions. Document filed by Launch Media, Inc.. (jmi, ) (Entered: 07/12/2006) |
| 07/20/2006 | 213 | RESPONSE to Motion re: 206 MOTION Appointment of a Master to Report upon Issues relating to the Computation of Damages.. Document filed by Arista Records Inc.. (cd, ) (Entered: 07/25/2006) |
| 07/26/2006 | 214 | REPLY MEMORANDUM OF LAW in Support re: 206 MOTION Appointment of a Master to Report upon Issues relating to the Computation of Damages.. Document filed by Launch Media, Inc.. (jmi, ) (Entered: 07/28/2006) |
| 07/26/2006 | 215 | DECLARATION of Carmen M. Guerricagoitia in Support re: 214 Reply Memorandum of Law in Support of Motion. Document filed by Launch Media, Inc.. (jmi, ) (Entered: 07/28/2006) |
| 07/28/2006 | 216 | SCHEDULING ORDER: Responses due by 8/25/2006. Replies due by 9/8/2006. Deposition due by 8/11/2006. All other deadlines are set forth in this order. (Signed by Judge Richard Owen on 7/27/06) (kco, ) (Entered: 07/28/2006) |
| 08/03/2006 | | MEMO ENDORSEMENT on re: 211 MOTION for Donald B. Ayer to Appear Pro Hac Vice. filed by Launch Media, Inc. EB+NDORSEMENT: Granted. (Signed by Judge Richard Owen on 8/2/2006) (lb, ) (Entered: 08/03/2006) |
| 08/15/2006 | 217 | PLAINTIFFS' PRETRIAL DISCLOSURE OF WITNESS. Document filed by Zomba Recording Corporation, Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Inc., Virgin Records America, Inc..(jmi, ) (Entered: 08/16/2006) |
| 08/15/2006 | 218 | PLAINTIFFS' PRETRIAL DISCLOSURE EXHIBIT. Document filed by Zomba Recording Corporation, Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Inc., Virgin Records America, Inc..(jmi, ) (Entered: 08/16/2006) |
| 08/15/2006 | 219 | PLAINTIFFS' DEPOSITION DESIGNATIONS.Document filed by Zomba Recording Corporation, Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Inc., Virgin Records America, Inc..(jmi, ) (Entered: 08/16/2006) |
| 09/08/2006 | 220 | ORDER; defendants move to exclude the expert opinion, testimony and report of Barry M. Massarsky, and plaintiffs have moved to preclude certain portions of the testimony from defense experts Kathleen M. Kedrowski and Vincent A. Warther, and to exclude in the entirety the proposed testimony of defense experts Brian Schmidt, Dan Burk, and Irving Azoff. The Court find said motions to be premature at this time, as issues pertaining to these expert witnesses are more appropriately addressed and resolved during the course of the trial. Plaintiffs moved to preclude introduction of evidence relating to other services and other licensing arrangements, as set forth in this Order. The Court find these other webcasting services and other licensing arrangements irrelevant to the determination of liability in this trial, and accordingly exclude them. Defendant's motion to preclude evidence and arguments contrary to public statements made by the Recording Industry Association of America and evidence in the record, is denied. (Signed by Judge Richard Owen on 9/7/2006) (kkc, ) (Entered: 09/08/2006) |
| 09/25/2006 | 223 | STIPULATED CASE SCHEDULING ORDER; that dfts to serve Deposition Transcript Designations, Exhibits List, and Witness List by 9/25/06; dfts to serve objections to plaintiffs? deposition transcript designations, Exhibits list and Witness List by 9/25/06; additional relief as set forth in this Order. (Signed by Judge Richard Owen on 9/21/06) (pl, ) (Entered: 09/27/2006) |
| 09/25/2006 | 224 | Objections and Counterdesignations to 219 Deposition. Document filed by Launch Media, Inc. (jco, ) (Entered: 09/27/2006) |
| 09/25/2006 | 225 | Deposition Designations. Document filed by Launch Media, Inc. (jco, ) (Entered: 09/27/2006) |
| 09/25/2006 | 226 | Objections to plaintiffs' pretrial disclosure of witnesses. Document filed by Launch Media, Inc. (jco, ) (Entered: 09/27/2006) |
| 09/25/2006 | 227 | Objection re: 217 Witness List. Document filed by Launch Media, Inc. (jco, ) (Entered: 09/27/2006) |

| Date | Doc # | Description |
|---|---|---|
| 09/25/2006 | 228 | Pretrial Disclosure of Witnesses. Document filed by Launch Media, Inc. (jco, ) (Entered: 09/27/2006) |
| 09/25/2006 | 229 | Pretrial Disclosure of Exhibits. Document filed by Launch Media, Inc. (jco, ) (Entered: 09/27/2006) |
| 10/10/2006 | 230 | SCHEDULING ORDER: plaintiffs to serve objections to defendant's deposition transcript by 10/19/2006, plaintiffs to serve rebuttal deposition transcript by 10/19/2006, defendant to serve objections to plaintiffs' rebuttal deposition transcript designations by 10/31/2006, and hearing and conference on anything open and setting trial date per the order of the Court. (Signed by Judge Richard Owen on 10/6/06) (kco, ) (Entered: 10/11/2006) |
| 10/24/2006 | 233 | Objections and Counterdesignations to Defendant's Deposition Designations. Document filed by Zomba Recording Corporation, Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Inc., Virgin Records America, Inc.. (ae, ) (Entered: 10/30/2006) |
| 10/24/2006 | 234 | Plaintiffs' Supplemental Disclosure of Exhibits. Document filed by Zomba Recording Corporation, Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Inc., Virgin Records America, Inc.. (ae, ) (Entered: 10/30/2006) |
| 10/24/2006 | 235 | Objections to Defendant's Pretrial Disclosure of Exhibits. Document filed by Zomba Recording Corporation, Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Inc., Virgin Records America, Inc.. (ae, ) (Entered: 10/30/2006) |
| 10/24/2006 | 236 | Objections to Defendant's Pretrial Disclosure of Witnesses. Document filed by Zomba Recording Corporation, Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Inc., Virgin Records America, Inc.. (ae, ) (Entered: 10/30/2006) |
| 10/25/2006 | 231 | NOTICE OF APPEARANCE by Michael S. Elkin on behalf of Launch Media, Inc. (cd, ) (Entered: 10/26/2006) |
| 10/25/2006 | 232 | NOTICE OF APPEARANCE by Thomas Patrick Lane on behalf of Launch Media, Inc. (cd, ) (Entered: 10/26/2006) |
| 10/31/2006 | 237 | Objections to Plaintiffs' Pretrial Disclosure of Rubuttal Witnesses.(pl, ) (Entered: 11/03/2006) |
| 11/16/2006 | 238 | MOTION for Jones Day to Withdraw as Attorney for deft Launch Media. (cd, ) (Entered: 11/20/2006) |
| 11/29/2006 | 239 | ORDER granting 238 Motion to Withdraw as Attorney. Attorney Chris J. Lopata; Geoffrey S. Stewart; Peter J. Wang; Thomad Albright and Donald B. Ayer terminated . (Signed by Judge Richard Owen on 11/28/2006) (lb, ) (Entered: 11/29/2006) |
| 12/04/2006 | 240 | NOTICE of Law Firm Name Change re: Thelen Reid & Preist LLP has changed its name to Thelen Reid Brown Raysman & Steiner LLP. Document filed by Launch Media, Inc. (db, ) (Entered: 12/06/2006) |
| 12/04/2006 | 241 | NOTICE OF APPEARANCE by Shari Markowitz Savitt on behalf of Launch Media, Inc. (db, ) (Entered: 12/06/2006) |
| 03/05/2007 | 242 | STIPULATION AND ORDER: that Winston & Strawn LLP is substituted as counsel for defendant Launch Media, Inc. in place and stead of Thelen Reid Brown Raysman & Steiner LLP. (Signed by Judge Richard Owen on 3/5/07) (db) (Entered: 03/06/2007) |
| 04/06/2007 | 246 | MEMORANDUM OF LAW in Opposition to Defts. Motions in Limine Nos. 5 and 6. Document filed by Zomba Recording Corporation, Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Inc., Virgin Records America, Inc., Sony Music Entertainment Inc., UMG Recordings Inc., Interscope Records, Motown Record Company, L.P.. (tro) (Entered: 04/10/2007) |
| 04/10/2007 | 247 | MEMORANDUM OF LAW in plaintiffs opposition to defendant's motions in limine nos. 7 and 8. Document filed by Zomba Recording Corporation, Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Inc., Virgin Records America, Inc.. (mbe) (Entered: 04/11/2007) |
| 04/16/2007 | | Minute Entry for proceedings held before Judge Richard Owen : Jury Trial begun on 4/16/2007. (mbe) (Entered: 05/01/2007) |
| 04/17/2007 | 248 | MOTION for an Order, purs. to FRCP 1.3(c) for Ellen Wasilausky Woodward to Appear Pro Hac Vice. Document filed by Zomba Recording Corporation, Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Inc., Virgin Records America, Inc., Sony Music Entertainment Inc., UMG Recordings Inc., Interscope Records, Motown Record Company, L.P.(tro) (Entered: 04/18/2007) |
| 04/17/2007 | | Minute Entry for proceedings held before Judge Richard Owen : Jury Trial held on 4/17/2007. (mbe) (Entered: 05/01/2007) |
| 04/18/2007 | 249 | MEMORANDUM Regarding Legislative HIstory of the Digital Millenium Copyright Act. Document filed by Zomba Recording Corporation, Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Inc., Virgin Records America, Inc.. (djc) (Entered: 04/19/2007) |
| 04/18/2007 | | Minute Entry for proceedings held before Judge Richard Owen : Jury Trial held on 4/18/2007. (mbe) (Entered: 05/01/2007) |
| 04/19/2007 | | Minute Entry for proceedings held before Judge Richard Owen : Jury Trial held on 4/19/2007. (mbe) (Entered: 05/01/2007) |
| 04/23/2007 | | CASHIERS OFFICE REMARK on 248 Motion to Appear Pro Hac Vice, in the amount of $25.00, paid on 04/17/2007, Receipt Number 611878. (jd) (Entered: 04/23/2007) |
| 04/23/2007 | | Minute Entry for proceedings held before Judge Richard Owen : Jury Trial held on 4/23/2007. (mbe) (Entered: 05/01/2007) |
| 04/24/2007 | 250 | TRANSCRIPT of proceedings held on 4/12/2007 before Judge Richard Owen. (jp) (Entered: 04/24/2007) |
| 04/24/2007 | 251 | ORDER granting 248 Motion for Ellen Wasilausky Woodward to Appear Pro Hac Vice. (Signed by Judge Richard Owen on 4/23/07) (jco) (Entered: 04/25/2007) |
| 04/24/2007 | | Minute Entry for proceedings held before Judge Richard Owen : Jury Trial held on 4/24/2007. (mbe) (Entered: 05/01/2007) |
| 04/25/2007 | | Minute Entry for proceedings held before Judge Richard Owen : Jury Trial held on 4/25/2007. (mbe) (Entered: 05/01/2007) |
| 04/26/2007 | | Minute Entry for proceedings held before Judge Richard Owen : Jury Trial held on 4/26/2007. (mbe) (Entered: 05/01/2007) |
| 04/27/2007 | 252 | MEMORANDUM OF LAW in Support of Plaintiff's Motion for Judgment as a Matter of law on the issue of interactivity and willfulness and in opposition to defendant's motion for judgment as a matter of law. Document filed by Zomba Recording Corporation, Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Inc., Virgin Records America, Inc.. (djc) (Entered: 04/30/2007) |
| 04/27/2007 | | Minute Entry for proceedings held before Judge Richard Owen : Jury Trial completed on 4/27/2007. (mbe) (Entered: 05/01/2007) |
| 04/27/2007 | | Minute Entry for proceedings held before Judge Richard Owen : Jury Trial completed on 4/27/2007 in favor of defendants-see copy of verdict sheet attached. (mbe) (Entered: 05/01/2007) |
| 05/16/2007 | 258 | JUDGMENT that the jury having found that the plaintiffs failed to prove, by a preponderance of the evidence, that defendant Launch Media, Inc. infringed any of plaintiffs' copyrighted works in violation of 17 U.S.C 114(d) by being an interactive service, accordingly, the complaint is dismissed. (Signed by Judge Richard Owen on 5/15/07) (ml) (Entered: 05/16/2007) |
| 05/17/2007 | | Mailed notice of Right to Appeal re: 258 Judgment, to Attorney(s) of Record: Michael S. Elkin, Robert A. Goodman, Shari Hope Markowitz, Brad Richard Newberg, Kenneth Alan Plevan, Ellen Wasilausky Woodward. (tve) (Entered: 05/18/2007) |

| Date | # | Description |
|---|---|---|
| 06/12/2007 | 260 | NOTICE OF APPEAL from 258 Judgment,. Document filed by Zomba Recording Corporation, Arista Records Inc., Bad Boy Records, BMG Music. Filing fee $ 455.00, receipt number E 618035. Copies of Notice of Appeal mailed to attorney(s) of record: Winston & Strawn LLP. (nd) (Entered: 06/13/2007) |
| 06/13/2007 | | Transmission of Notice of Appeal to the District Judge re: 260 Notice of Appeal,. (nd) (Entered: 06/13/2007) |
| 06/13/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 260 Notice of Appeal,. (nd) (Entered: 06/13/2007) |
| 06/20/2007 | 261 | IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for plaintiffs and Defendant Launch Media, Inc. that: Plaintiff's papers in opposition to Defendant's motion for attorney's fees shall be served no later than June 29, 2007; Defendant's reply papers shall be served no later than July 13, 2007. SO ORDERED. (Signed by Judge Richard Owen on 6/20/07) (tro) (Entered: 06/22/2007) |
| 06/26/2007 | 262 | TRANSCRIPT of proceedings held on 03/16,17,18,19,20,23,24/07 before Judge Richard Owen. (es) (Entered: 06/26/2007) |
| 06/26/2007 | 263 | TRANSCRIPT of proceedings held on 03/25,26,27/07 before Judge Richard Owen. (es) (Entered: 06/26/2007) |
| 07/02/2007 | 264 | MEMORANDUM OF LAW IN OPPOSITION to deft's motion for attorneys fees. Document filed by Zomba Recording Corporation, Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Inc., Virgin Records America, Inc.. (jp) (Entered: 07/06/2007) |
| 07/02/2007 | 265 | DECLARATION of Robert A. Goodman In Opposition to Defts motion for attorneys fees. Document filed by Zomba Recording Corporation, Arista Records Inc., Bad Boy Records, BMG Music, Capitol Records, Inc., Virgin Records America, Inc.. (jp) (Entered: 07/06/2007) |
| 08/16/2007 | 267 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for 260 Notice of Appeal, filed by Bad Boy Records, Arista Records Inc., Zomba Recording Corporation, BMG Music USCA Case Number 07-2576-cv, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (nd) Additional attachment(s) added on 8/21/2007 (Pisarczyk, Thomas). (Entered: 08/17/2007) |
| 09/24/2007 | 268 | TRANSCRIPT of proceedings held on 4/10/2007 before Judge Richard Owen. (jar) (Entered: 09/24/2007) |
| 09/27/2007 | | Minute Entry for proceedings held before Judge Richard Owen : Oral Argument held on 9/27/2007 re: motion for attorney's fees. (tro) (Entered: 10/02/2007) |
| 11/07/2007 | 269 | STIPULATION AND ORDER Supplementing THE RECORD; that the following terms shall be deemed added to the record in this action; a) Transcript of court conference dated 4/10/07, b)Trial exhibits marked as set forth in this order; c) plaintiffs Proposed jury Instructions, dated 7/11/07, d) Stipulation between and among the parties concerning issues relating to ownership of allegedly infringed works, dated 4/23/07, e) Excerpts of the deposition transcripts of Hala Al-Adwan, Gil Aronow, and Daniel Zucker, f) Launch Media, Inc. Form 10Q, dated 6/4/1999, g) Launch Media, Inc. Prospectus, dated 4/26/1999, h) Screen prints of various internet music websites, previously submitted to the Court as Exhibit 3 to the Declaration of Hadrian R. Katz, dated 2/24/06 (in opposition to Defendants motion in limine No. 2.) i) Seven prints of web pages located at the Internet addresses set forth in this order. (Signed by Judge Richard Owen on 11/6/07) (pl) (Entered: 11/07/2007) |
| 11/08/2007 | 270 | TRANSCRIPT of proceedings held on 9/27/07 before Judge Richard Owen. (cd) (Entered: 11/08/2007) |
| 02/22/2008 | 271 | NOTICE OF CASE REASSIGNMENT to Judge Naomi Reice Buchwald. Judge Richard Owen is no longer assigned to the case. (jeh) (Entered: 03/03/2008) |
| 02/22/2008 | | Mailed notice to the attorney(s) of record. (jeh) (Entered: 03/03/2008) |
| 03/31/2008 | 272 | ORDER: We deny Launch's motion for fees without prejudice to renewal should the outcome of the current appeal before the Second Circuit Court of Appeals warrant reconsideration. As there are no open motions before this District Court, the Clerk of the Court is directed to close the case. (Signed by Judge Naomi Reice Buchwald on 3/28/08) Copies Mailed By Chambers. (tro) (Entered: 03/31/2008) |
| 04/14/2008 | 273 | MOTION for Reconsideration Defendant's motion for attorneys' fees pursuant to 17 U.S.C. 505; finding Plaintiffs liable to Defendant for an award of attorneys' fees;(3) providing a procedure for the Court to determine the amount of fees to be awarded, pursuant to Fed.R.Civ.P.54(d)(2)(C) and (D); and (4) for such other and further relief as the Court deems just and proper. Document filed by Launch Media, Inc..(jmi) (Entered: 04/15/2008) |
| 04/14/2008 | 274 | MEMORANDUM OF LAW in Support re: 273 MOTION for Reconsideration. Document filed by Launch Media, Inc.. (jmi) (Entered: 04/15/2008) |
| 04/17/2008 | 275 | NOTICE OF APPEAL from 272 Order. Document filed by Launch Media, Inc. Filing fee $ 455.00, receipt number E 648489. Copies mailed to attorney(s) of record: Arnold & Porter, L.L.P. (tp) (Entered: 04/17/2008) |
| 04/17/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 275 Notice of Appeal. (tp) (Entered: 04/17/2008) |
| 04/17/2008 | | Transmission of Notice of Appeal to the District Judge re: 275 Notice of Appeal. (tp) (Entered: 04/17/2008) |
| 04/23/2008 | 276 | STIPULATION AND ORDER, plaintiffs' papers in opposition to defendant's motion for reconsideration of the Court's order denying Defendants' motion for attorneys' fees shall be served no later than 5/9/08; defendant's reply papers shall be served no later than 5/23/08 (Signed by Judge Naomi Reice Buchwald on 4/22/08) (cd) (Entered: 04/23/2008) |
| 05/09/2008 | 277 | MEMORANDUM OF LAW in Opposition re: 273 MOTION for Reconsideration. Document filed by Arista Records Inc. (cd) (Entered: 05/12/2008) |
| 05/16/2008 | 278 | REPLY MEMORANDUM OF LAW in Further Support re: 273 MOTION for Reconsideration. Document filed by Launch Media, Inc. (pl) (Entered: 05/19/2008) |